NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3110

LINDA A. WILLIAMS,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0752080427-I-1.

ON MOTION

## O R D E R

The court treats Linda A. Williams' motion to rescind as a motion for leave to file a replacement opening brief.

Upon consideration thereof,

(1) The motion will be granted, and Williams's previously submitted opening brief will be withdrawn, if Williams files a replacement opening brief within 30 days of the date of filing of this order. If Williams does not file a replacement opening brief, then the case will proceed on the brief that she previously submitted.

(2) The Department of the Army should calculate the due date for its brief from the date of service of Williams's replacement opening brief. If no replacement opening brief is filed by Williams, then the Department's brief is due within 70 days of the date of filing of this order.

FOR THE COURT

**MAR 11 2009**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2009

JAN HORBALY
CLERK

cc:    Linda A. Williams
       Elizabeth A. Speck, Esq.

s8

2009-3110                                    - 2 -